UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, et al.,       CIVIL ACTION NO.: 9:18-cv-80176

    Plaintiff,

v.       DECLARATION OF ATTEMPTED SERVICE
OF PROCESS ON JIMMY NGUYEN

CRAIG WRIGHT,

    Defendant.

The undersigned declares under penalty of perjury under the laws of the State of Washington that the following is true and correct:

The declarant is now and at all times mentioned was a citizen of the United States and a resident of the State of Washington, over the age of 18, not a party to nor interested in the above-entitled action and competent to be a witness therein.

That on February 13, 2020 I received a SUBPOENA TO TESTIFY AT A DEPOSITION for service on JIMMY NGUYEN. The service address is: 211 13th Avenue East, Apt. "B", Seattle, King County, Washington. Service was attempted:

| Date | Time | Result | Date | Time | Result |
|---|---|---|---|---|---|
| 2/14 | 3:06 PM | No answer | 2/17 | 4:48 PM | No answer |
| 2/14 | 3:34 PM | No answer | 2/18 | 12:38 PM | No answer |
| 2/15 | 9:42 AM | No answer | | | |

There was never an answer. The unit always appeared dark and quiet. At this time JIMMY NGUYEN appears unavailable for service of process.

Dated This 6th Day Of March, 2020 at Renton, WA.

Cost: $

ROBERT HOYDEN
Registered Process Server
#9202902

Seattle Process Service, Inc. (425) 572-5341

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, et al.,          CIVIL ACTION NO.: 9:18-cv-80176

        Plaintiff,          DECLARATION OF ATTEMPTED SERVICE
v.          OF PROCESS ON JIMMY NGUYEN

CRAIG WRIGHT,

        Defendant.

The undersigned declares under penalty of perjury under the laws of the State of Washington that the following is true and correct:

The declarant is now and at all times mentioned was a citizen of the United States and a resident of the State of Washington, over the age of 18, not a party to nor interested in the above-entitled action and competent to be a witness therein.

That on February 13, 2020 I received a SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS for service on JIMMY NGUYEN. The service address is: 211 13th Avenue East, Apt. "B", Seattle, King County, Washington. Service was attempted:

| Date | Time | Result | Date | Time | Result |
|---|---|---|---|---|---|
| 2/14 | 3:06 PM | No answer | 2/17 | 4:48 PM | No answer |
| 2/14 | 3:34 PM | No answer | 2/18 | 12:38 PM | No answer |
| 2/15 | 9:42 AM | No answer | | | |

There was never an answer. The unit always appeared dark and quiet. At this time JIMMY NGUYEN appears unavailable for service of process.

Dated This 6th Day Of March, 2020 at Renton, WA.

Cost: $

ROBERT HOYDEN
Registered Process Server
#9202902

Seattle Process Service, Inc. (425) 572-5341