| | |
|---|---|
| **From:** | Stephen Lagos <slagos@rcfllp.com> |
| **Sent:** | Tuesday, March 10, 2020 8:21 AM |
| **To:** | j.nguyen@nchain.com |
| **Subject:** | Kleiman v. Wright, No. 9:18-cv-80176 (S.D. Fla.) |
| **Attachments:** | Kleiman - Jimmy Nguyen Subpoena (Production) (FINAL).pdf; Kleiman - Jimmy Nguyen Subpoena (Deposition) (FINAL).pdf |

Dear Mr. Nguyen—

My name is Stephen Lagos, and I am one of the attorneys who represents the plaintiffs in the action *Ira Kleiman, et al. v. Craig Wright*, No. 9:18-cv-80176 (S.D. Fla.).  Please let me know by Friday, March 13, 2020, whether you are willing to accept service of the attached subpoenas by email.  Thank you.

Best,
Stephen

**Stephen Lagos**
Associate
Roche Cyrulnik Freedman LLP
99 Park Avenue, Suite 1910
New York, New York 10016
(t) (603) 494-9245
(@) slagos@rcfllp.com