



Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.