# ✕   Tweet Analytics

| | |
|---|---|
| **Impressions** | **18,596** |
| times people saw this Tweet on Twitter | |

| | |
|---|---|
| **Media views** | **1** |
| all views (autoplay and click) of your media are counted across videos, vines, gifs, and images | |

| | |
|---|---|
| **Total engagements** | **4,953** |
| times people interacted with this Tweet | |

| | |
|---|---|
| **Detail expands** | **3,128** |
| times people viewed the details about this Tweet | |

| | |
|---|---|
| **Link clicks** | **902** |
| clicks on a URL or Card in this Tweet | |

| | |
|---|---|
| **Profile clicks** | **713** |
| number of clicks on your name, @handle, or profile photo | |

| | |
|---|---|
| **Likes** | **141** |
| times people liked this Tweet | |

| | |
|---|---|
| **Replies** | **45** |
| replies to this Tweet | |

| | |
|---|---|
| **Retweets** | **23** |
| times people retweeted this Tweet | |

| | |
|---|---|
| **Media engagements** | **1** |