

← 🔍 Search Twitter          Log in   Sign up   •••

Looking sharp gents!
💬        🔁        ♡ 1        ⬆️

**MajinVegeta46** @MVegeta46 · Feb 20          ⌄
Replying to @JimmyWinMedia
You both look great!
💬        🔁        ♡ 1        ⬆️

**Roger Dilworth** @rogerdil · Feb 20          ⌄
Replying to @JimmyWinMedia
As long as the socks are red.
💬        🔁        ♡        ⬆️

**$FaxeDeluxe**🌷 @FaxeDeluxe · Feb 20          ⌄
Replying to @JimmyWinMedia
Top 👌
💬        🔁        ♡        ⬆️

**Bitcoin SV is the reality**😎🌷 @Antmantime · Feb 20          ⌄
Replying to @JimmyWinMedia
Golden power everywhere 💪😎
💬        🔁        ♡        ⬆️

**Spicoli Nakamoto u/253** ✪ @jeffnakamoto · Feb 20          ⌄
Replying to @JimmyWinMedia
I like the pinstripes
💬        🔁        ♡        ⬆️









GIF

💬    🔁    ♡ 1    📤

**MajinVegeta46** @MVegeta46 · Feb 22
Replying to @JimmyWinMedia
I'm going to try my best to go to the New York conference. This looks like so much fun. I'm sad I missed it!

💬    🔁    ♡    📤

**AfroQBen** @AfroQBen · Feb 22
Replying to @JimmyWinMedia
So good! You guys really did up!

💬    🔁    ♡    📤

**Freeliners** @freeliners1 · Feb 22
Replying to @JimmyWinMedia
Dr. Emmett Brown:
The way I see it, if you're gonna build applications on BitcoinSV, why not do it with some style? 😌💪🏻

💬    🔁    ♡    📤

#ThanksForDelivering
Keeping the world moving.
▣ Promoted by UPS

Trending in United States
**Train to Busan**
Trending with: Train to Busan 2

Trending in United States
**Coach Reese**

News · Trending
**David Letterman**
5,257 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.



←    🔍 Search Twitter     Log in   Sign up   •••

**Jimmy Nguyen** ✓
@JimmyWinMedia

Antigua - sunny vision, Satoshi Vision.

After a couple months in cold climates, the island is great place for business meetings on the future growth of Bitcoin #BSV

> **Calvin Ayre** ✓  @CalvinAyre · Mar 11
> I invited a group of #Bitcoin 🪙 thought leaders to my new office building in #Antigua for a few days of meetings start of the week on how we smartly spend more money to speed up growth of the #BSV ecosystem.
>
> #WeChooseSV #BitcoinSV #SatoshiVision
> Show this thread

5:25 PM · Mar 11, 2020 · Twitter for Android

**7** Retweets    **82** Likes

💬      ⟲      ♡      ⬆

**Stephanus Branjie** @SteveBurnsBL · Mar 11
Replying to @JimmyWinMedia
Enjoy Jimmy. Today is my birthday. I am 1 yr closer to the Vision. Enjoy your time together 👍 $Steveb

💬      ⟲      ♡ 1      ⬆

**Satoshi Ninjas SVQ** @SatoshiAnalysis · Mar 11
Replying to @JimmyWinMedia
Always sunny

💬      ⟲      ♡      ⬆

**Mario BSV to retire** @Campbel63432650 · Mar 12
Replying to @JimmyWinMedia
Is this why we is crashing

💬      ⟲      ♡      ⬆

**ReformedShortEngineer - rst@moneybutton.com** @Refor... · Mar 11

---

**New to Twitter?**

Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

**Jimmy Nguyen** ✓  **Follow**
@JimmyWinMedia
@BitcoinAssn President | @nchainglobal former CEO |#BitcoinSV #BSV is original #Bitcoin 🪙 |#blockchain | former #tech lawyer | Why Fit In? Stand Out and WIN 🏳️‍🌈

**Calvin Ayre** ✓  **Follow**
@CalvinAyre
Founder #AyreGroup and #CoinGeek.com | #BitcoinSV (#SatoshiVision) is the True #Bitcoin 🪙 .

**Trends for you** ⚙

Hip-hop and rap · Trending
**Quavo**
37.1K Tweets

**#ThanksForDelivering**
Keeping the world moving.
📦 Promoted by UPS

Trending in United States
**Train to Busan**
Trending with: Train to Busan 2

News · Trending
**#COVID19Pandemic**
348K Tweets

Coronavirus
Coronavirus: More than one



Trending in United States
**Coach Reese**

Show more

Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.

←    🔍 Search Twitter        Log in    Sign up    •••

**Jimmy Nguyen** ⌄
@JimmyWinMedia

Somewhere deep in the woods of Slovenia . . .

@PuhekR, CSW + red shoes



12:50 PM · Mar 4, 2020 · Twitter for Android

**10** Retweets    **134** Likes

💬      🔁      ♡      ⬆

**cryptofactor** 🆂 ⊛ @CryptoFactor · Mar 4    ⌄

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Jimmy Nguyen**
@JimmyWinMedia    Follow
@BitcoinAssn President | @nchainglobal former CEO |#BitcoinSV #BSV is original #Bitcoin ₿ |#blockchain | former #tech lawyer | Why Fit In? Stand Out and WIN 🏳️‍🌈

**RomanP**
@PuhekR    Follow
CEO & Founder of CREA.

**Trends for you** ⚙

News · Trending    ⌄
#COVID19Pandemic
342K Tweets

Coronavirus
Coronavirus: More than one million cases confirmed ...

#ThanksForDelivering
Keeping the world moving.
📦 Promoted by UPS

Trending in United States    ⌄
**Train to Busan**
Trending with: Train to Busan 2

Trending in United States    ⌄
**Coach Reese**

News · Trending    ⌄
**David Letterman**
5,257 Tweets

Show more

Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.

← 🔍 Search Twitter          Log in   Sign up   •••

**BitcoinSV Train (Jon)** @BitcoinSVtrain · Mar 4
Replying to @JimmyWinMedia @CalvinAyre and @PuhekR
Careful he doesn't tap his heels together or you'll end up in Kansas.
💬          ♻          ♡ 6          ⬆

**Joakim Holmer** 🔔🔔🔔 @joakim_holmer · Mar 4
Replying to @JimmyWinMedia and @PuhekR
GREAT SHOT and Doc' RED shoes are PRICELESS 💋
💬          ♻          ♡ 3          ⬆

**$S.A.M** 🧜‍♂️🐸💡 @FuturealSam · Mar 4
Replying to @JimmyWinMedia and @PuhekR
Who is the handsome guy in the middle ? 🤔
Sorry Jimmy 😊😉
💬          ♻          ♡ 2          ⬆

**n.wright** @Newus071 · Mar 4
Replying to @JimmyWinMedia and @PuhekR
Eccentric touch lol 😄
💬          ♻          ♡ 2          ⬆

**Tyrael**🔵 @007_Xia · Mar 4
Replying to @JimmyWinMedia and @PuhekR
Seems to me the Chinese culture has an influence on him.
💬          ♻          ♡ 1          ⬆

**Alvaro** @AlvaroGros · Mar 4
Replying to @JimmyWinMedia and @PuhekR
used to be a pimp in his past
💬          ♻          ♡ 1          ⬆

☠🎙☣ @SlipperySlope · Mar 4
Replying to @JimmyWinMedia and @PuhekR
Is it a secret where exactly? Looks like in his weekend log house?
💬          ♻          ♡          ⬆

**Kevin Murphy** @KevinMurphy77 · Mar 4
Replying to @JimmyWinMedia and @PuhekR
nice looking place !!!
💬          ♻          ♡          ⬆

**NothingSpecial** ✳ @GetOutOftheMind · Mar 4
Replying to @JimmyWinMedia and @PuhekR
$ezekiell handcash thanks
💬          ♻          ♡          ⬆

**Baby Fark McgeeZax** @BabyFarkM · Mar 4
Replying to @JimmyWinMedia and @PuhekR
Looks like the clown he is
💬 1          ♻          ♡ 3          ⬆

Show additional replies, including those that may contain offensive content          Show









Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄

© 2020 Twitter, Inc.



←    Search Twitter      Log in   Sign up   •••

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.

Happy Afond Friday

**Kurt in Quarantine** 🌴🅱 @kurtwuckertjr · Mar 6
Replying to @JimmyWinMedia
Looking good, Jimmy!

💬    ⟲    ♡ 1    ⬆

**jefferson** ✪ **bitcoin sv** @jeffersonkernel · Mar 6
Replying to @JimmyWinMedia
🥷 where is jimmy



💬    ⟲    ♡ 1    ⬆

🌞 🅿ＥＲＵＣＲＹ🅿ＴⒽ🏀 @PerucryptOM · Mar 6
Replying to @JimmyWinMedia
🔥

💬    ⟲    ♡    ⬆

**ヤギ氏( ´ ω ` )BitcoinSV** @bitcoinsv_jp · Mar 6
Replying to @JimmyWinMedia
It really suits you.  cool 😎

💬    ⟲    ♡    ⬆

**Stephen Zhou** @stv1024 · Mar 6
Replying to @JimmyWinMedia
Be careful! It's getting more and more dangerous outside.

💬    ⟲    ♡    ⬆

**cypher** @Cypher437 · Mar 6
Replying to @JimmyWinMedia
Let me cut your hair next time!

💬    ⟲    ♡    ⬆

**Gustavo Rullan** @GusRullan · Mar 6
Replying to @JimmyWinMedia

← Search Twitter   Log in   Sign up   •••



**Scott Sycamore** @WestSideCater · Mar 6
Replying to @JimmyWinMedia
Are you the CEO of BSV or what?

Show more replies





💬   ↻   ♡ 1   ⬆

**Joakim Holmer** ⏰⏰⏰ @joakim_holmer · Mar 12    ⌄
Replying to @JimmyWinMedia
Awesome !!!

💬   ↻   ♡   ⬆

**Carnivorous Bitcoinorous** @davewantsmoore · Mar 12    ⌄
Replying to @JimmyWinMedia
Calvin Air.

Very clever.   🤣😂😎

💬   ↻   ♡   ⬆