UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE SUBPOENA TO JIMMY NGUYEN<br><br>IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | Misc. Case No. 2:20-mc-0026 RSL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>NOTE ON MOTION CALENDAR:<br><u>April 24, 2020</u><br>WITHOUT ORAL ARGUMENT |

[PROPOSED] ORDER
GRANTING MOTION TO COMPEL
(Misc. Case No. _____)

ROCHE CYRULNIK FREEDMAN LLP
200 S Biscayne Blvd., Suite 5500
Miami, FL 33131
(305) 753-3675

This matter came regularly before the Court on a Motion to Compel Compliance with Subpoena filed by Plaintiffs Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Plaintiffs"), for an order compelling Jimmy Nguyen to comply with two subpoenas (the "Subpoenas") issued on February 11, 2020 by the United States District Court for the Southern District of Florida in connection with the pending case *Kleiman v. Wright*, No. 9:18-cv-80176-BB (S.D. Fla.). Plaintiffs also requested retroactive authorization to serve Mr. Nguyen with the Motion to Compel Compliance with Subpoena by email, mail and certified mail, and Twitter.

Due and adequate notice having been given to the parties, and the Court having considered all papers filed and proceedings had herein, and good cause appearing, the Court holds that Mr. Nguyen was properly served with the Motion to Compel Compliance with Subpoena. In addition, the Court holds as follows.

Due and adequate notice having been given to the parties, and the Court having considered all papers filed and proceedings had herein, and good cause appearing, the Court holds that Mr. Nguyen was properly served with the Subpoenas by email on March 10, 2020, and violated the Subpoenas by (a) failing to respond by March 24, 2020, and (b) failing to sit for a deposition on March 30, 2020. NOW, THEREFORE, IT IS ORDERED:

1. Plaintiffs' Motion to Compel Compliance with Subpoena is GRANTED;

2. Mr. Nguyen is ordered to produce documents requested by the Subpoenas within five days of entry of this Order; and

3. Mr. Nguyen is ordered to sit for a deposition within seven days of entry of this Order.

_____

_____

_____

IT IS SO ORDERED.

Dated: _____   _____

U.S. DISTRICT COURT JUDGE

Presented By:

**CLOUTIER ARNOLD JACOBOWITZ, PLLC**

/s/ Emanuel Jacobowitz
Emanuel Jacobowitz, WSBA #39991
2701 1st Ave., Ste. #200
Seattle, WA 98121
206-769-3759
Fax: 206-866-3234
manny@CAJlawyers.com

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman, Esq.
Florida Bar No. 99762
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd, Suite 5500
Miami, Florida 33131
Telephone: (305) 357-3861
vel@rcfllp.com
nbermond@rcfllp.com

Kyle W. Roche, Esq.
Joseph M. Delich, Esq.
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, Suite 1910
New York, NY 10016
kyle@rcfllp.com
jdelich@rcfllp.com

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA
(Misc. Case No. _____)

2

ROCHE CYRULNIK FREEDMAN LLP
200 S BISCAYNE BLVD., SUITE 5500
MIAMI, FL 33131
TEL.: (305) 753-3675

1  Andrew S. Brenner, Esq.
   **BOIES SCHILLER FLEXNER LLP**
2  100 SE 2nd Street, Suite 2800
   Miami, Florida 33131
3  abrenner@bsfllp.com

4  *Counsel for Plaintiffs*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24 [PROPOSED] ORDER GRANTING             3        ROCHE CYRULNIK FREEDMAN LLP
   PLAINTIFFS' MOTION TO COMPEL                   200 S BISCAYNE BLVD., SUITE 5500
   COMPLIANCE WITH SUBPOENA                              MIAMI, FL 33131
   (Misc. Case No. _____)                         TEL.: (305) 753-3675

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2020, I sent or caused to be sent the foregoing document to Mr. Nguyen via email at j.nguyen@nchain.com and Twitter, @jimmywinmedia, and to counsel for Defendant in the underlying action, Amanda McGovern, at amcgovern@riveromestre.com. I further certify that, on April 7, 2020, I will send or cause to be sent the foregoing document to Mr. Nguyen via regular U.S. mail and certified mail, return receipt requested, at 211 13th Ave. E, Apt. B, Seattle, WA 98102.

*/s/ Velvel Freedman*
VELVEL (DEVIN) FREEDMAN

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA
(Misc. Case No. _____)

4

ROCHE CYRULNIK FREEDMAN LLP
200 S BISCAYNE BLVD., SUITE 5500
MIAMI, FL 33131
TEL.: (305) 753-3675