| | |
|---|---|
| From: | Manny Jacobowitz |
| To: | WAWDdb_NewCasesSea |
| Cc: | Stephen Lagos; Velvel Freedman |
| Subject: | Motion to Compel Compliance with Foreign Subpoena, Kleiman v. Wright |
| Date: | Monday, April 6, 2020 9:58:51 PM |
| Attachments: | 2020.04.06 -- Motion to Compel Nguyen to Comply.pdf |
| | Nguyen Proposed Order efj04062020.pdf |
| | 2020.04.06 -- Freedman Decl for Motion to Compel Nguyen to Comply.pdf |
| | EX 1 - [DE 277] 2019.08.27 -- Order on Pltfs" Mot to Compel (DE 210) 4836-9927-8008 v.1.pdf |
| | EX 2 - [DE 373] 2020.01.10 -- Order Sustaining in Part & Overruled in Part Re Def"s Objection to Magistrate Order Deeming Certain Facts Established 4834-4722-6552 v.1.pdf |
| | EX 3 - [DE 382] 2020.01.16 -- Order re Plts" Motion for 90-Day Extension of Pretrial Deadlines 4846-5129-9505 v.1.pdf |
| | EX 4 - Kleiman - Jimmy Nguyen Subpoena (Production) (FINAL).pdf |
| | EX 5 - Kleiman - Jimmy Nguyen Subpoena (Deposition) (FINAL).pdf |
| | EX 6 - 2020.03.06 -- Declaration of Attempted Service of Process on Jimmy Nguyen.pdf |
| | EX 7 - [DE 411] 2020.03.02 -- Joint Discovery Status Report 4841-1818-4120 v.1.pdf |
| | Ex 8 - 2020.03.10 -- Email to Nguyen Serving Subpoena.pdf |
| | EX 9 - [DE 436] 2020.03.24 -- Pltf"s Expedited Mtn for EOT for Expert-Related DLs and Expert Depos 4833-1648-7608 v.1.pdf |
| | EX 10 - [DE 441] 2020.03.26 -- Order Amending Scheduling Order 4835-1787-9736 v.1.pdf |
| | EX 11 - Certified Mail Receipt.pdf |
| | EX 12 - 2020.03.29 Tweet to Nguyen Serving Subpoena.pdf |
| | EX 13 - Twitter Analytics.pdf |
| | EX 14 - Nguyen Twitter Feed.pdf |

Hello,

Pursuant to the instructions on the Court's website, I ask the Clerk to open a miscellaneous case based on the attached documents. Please contact me for payment of the filing fee and any other documents or information that may be needed.

Please be aware, we erroneously began to file this matter, earlier this evening, as a new civil case. A civil case number was automatically assigned, 2:20-cv-00528, but as no filing fee was paid, I hope that was a non-event. If there's anything we need to do to cancel that new-case filing, though, let me know, and sorry for the inconvenience.

Attachments:
Motion to Compel
Proposed Order
Declaration of Velvel Freedman
Exhibits 1-14

Manny Jacobowitz
CLOUTIER ARNOLD JACOBOWITZ PLLC
Manny@CAJlawyers.com
T: 206.866.3230 | C: 206.769.3759
2701 First Avenue, Suite 200
Seattle, WA 98121
www.CAJlawyers.com
CLIENT CONNECTED. BUSINESS SAVVY. IP SMART.™

NOTICE: This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. IRS 230 DISCLOSURE - you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties

that may be imposed on the recipient under United States federal tax laws