**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

April 8, 2020

**KLEIMAN V. WRIGHT**
Case # 2:20–mc–00026–RSL

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Pro Hac Vice Admission**
It will be necessary for attorney(s) Velvel Freedman, Kyle Roche, Andrew Brenner to apply
for Pro Hac Vice admission in this case. You may review the information regarding
admission and find the relevant documentation <u>here</u>. Questions about this process should be
directed to the Attorney Admissions clerk at 206–370–8862 or
<u>WAWD_Admissions@wawd.uscourts.gov</u>.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file