UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: Subpoena to Jimmy Nguyen.

IRA KLEIMAN, *et al.*,

              Plaintiffs,

      v.

CRAIG WRIGHT,

              Defendant.

Case No. MC20-0026RSL

ORDER

On April 6, 2020, plaintiffs filed a motion to compel Jimmy Nguyen to comply with two third-party subpoenas. Mr. Nguyen has filed his opposition to the motion. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 21st day of April, 2020.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER